IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:05CR3143 |
| v. | ) | |
| THOMAS P. MCGINN and LISA MCGINN, | ) | REASSIGNMENT ORDER |
| Defendants. | ) | |

Pursuant to the recusal of District Judge Richard G. Kopf in the above matter,

IT IS ORDERED that this case is reassigned to District Judge Warren K. Urbom for all dispositional matters.

DATED this 10th day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge