IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3143 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS P. MCGINN, and LISA MCGINN, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

    Because I have been informed by counsel that I may need to be called as a witness in the trial of this case, it is apparent that I should not be the judge.

    IT THEREFORE IS ORDERED that the case is referred to Chief Judge Bataillon for reassignment.

    Dated March 21, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge