IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>               Plaintiff,           )<br>                                                           )<br>      v.                                                )<br>                                                           )<br>THOMAS P. McGINN                      )<br>LISA McGINN,                                  )<br>                                                           )<br>               Defendants.        )  | 4:05CR3143<br><br><br>REASSIGNMENT ORDER |

Pursuant to the recusal of Senior Judge Warren K. Urbom (Filing No. 27) in the above matter,

IT IS ORDERED that this case is reassigned to Senior Judge Lyle E. Strom and remains assigned to Magistrate Judge David L. Piester.

DATED this 22nd day of March, 2006.

BY THE COURT:

**s/Joseph F. Bataillon**
United States District Judge