IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3143-1 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| THOMAS McGINN, | ) | |
| | ) | |
| Defendant. | ) | |

   This matter comes before this Court on the Plaintiff's Motion to Extend Time, filing 31.

   The Court, being duly advised in the premises, finds that the Motion should be granted. The plaintiff is given until April 10, 2006 to file a response to the defendant's motion to sever.

   Dated this 4th day of April, 2006.

                                        BY THE COURT

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge