IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:05CR3143-1 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **AMENDED ORDER** |
| THOMAS McGINN, ) | |
| ) | |
| Defendant. ) | |

This matter comes before this Court on the Plaintiff's Motion to Extend Time, filing **32**.

The Court, being duly advised in the premises, finds that the Motion should be granted. The plaintiff is given until April 10, 2006 to file a response to the defendant's motion to sever.

Dated this 5th day of April, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge