IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3143 |
| v. | ) | |
| | ) | |
| THOMAS P. MCGINN and | ) | |
| LISA MCGINN, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon consideration of the defendants' respective motions for relief from a "no contact" provision in Thomas McGinn's detention order,

IT IS ORDERED,

The motions, filings 41 and 42, are granted. The "no contact" provision is deleted and the defendants may associate and/or visit. However, they are not to discuss this case during such visits or conversations, unless they are accompanied by their attorneys.

DATED this 30th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge