IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )           4:05CR3143
                              )
         v.                   )
                              )
THOMAS McGINN,                )           ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on the appeal from magistrate's memorandum and order and request for hearing (Filing No. 39). The Court has reviewed the memorandum and order of the magistrate judge (Filing No. 37), the appeal and the brief in support thereof (Filing No. 40), and finds an evidentiary hearing should be held. Accordingly,

IT IS ORDERED that an evidentiary hearing on the appeal from the magistrate's memorandum and order is scheduled for:

**Thursday, June 8, 2006, at 1 p.m.**

Courtroom No. 2, Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 2nd day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court